IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ADRIAN DERRICK HAGANS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5860

Opinion filed February 2, 2016.

An appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Nancy A. Daniels, Public Defender, and Glenna Joyce Reeves and A. Victoria Wiggins, Assistant Public Defenders, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      Based on the authority of Floyd v. State, 151 So. 3d 452 (Fla. 1st DCA), review granted, 168 So. 3d 229 (Fla. 2014), the trial court committed fundamental error in giving conflicting instructions regarding Appellant's sole defense of self-defense. Accordingly, we reverse Appellant's convictions for aggravated battery,

vacate his sentences, and remand for a new trial on those counts. In view of this disposition, we decline to reach the other issues raised by Appellant.

REVERSED and REMANDED.

ROBERTS, CJ., ROWE and RAY, JJ., CONCUR.